DANIEL DOONAN et al., Respondents, *v.* THOMAS KILLILEA et al., Appellants.

(Submitted February 25, 1918; decided March 5, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. Motion to amend remittitur granted and remittitur amended so as to read as follows: " Judgment appealed from reversed and judgment given for the defendants on the demurrer, with costs in all courts, with leave to plaintiffs within twenty days to serve an amended complaint upon payment of costs." (See 222 N. Y. 399.)

---

BENJAMIN D. GIBBS, Respondent, *v.* ARRAS BROTHERS, INC., Appellant.

(Submitted February 25, 1918; decided March 5, 1918.)

Motion for re-argument denied, with ten dollars costs and printing disbursements. (See 222 N. Y. 332.)